STATE OF MAINE *vs*. JAMES McGEE.

Kennebec County. Decided April 20, 1929. This report, purporting to be upon an agreed statement of facts, lacks the certificate of the trial judge. A determining fact in issue is not agreed upon but is in controversy. As framed, this Report presents an abstract question only, and is neither in form nor substance entitled to consideration by this Court. Report dismissed. Case dis-

missed from the Law docket. *Frank E. Southard*, County Attorney, for State. *F. Harold Dubord, Gordon F. Gallart*, for respondent.